John Carucci, Respondent, v. John Palombella, Also Known as "Jack" Palombella, First Name "Jack" Being Fictitious, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

Commissioner of Public Welfare of the City of New York on Complaint of Catherine Timmons, Respondent, v. Harry Kerr, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law and the facts and information dismissed. We are of opinion that the evidence offered on behalf of the complainant is not sufficient to uphold the order appealed from. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

Frederick L. Conklin, Appellant, v. Alexander W. Currie and Margaret K. Currie, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Michael Corley, Respondent, v. Henry L. Spitzer and Lester W. Osborne, Appellants.— Appeal dismissed, without costs, and the matter remitted to Special Term for the trial justice to make findings and direct the entry of judgment. The record contains no decision or proposed findings, although the memorandum decision required findings and judgment to be submitted. Apparently the judgment was entered on the mere unsigned memorandum of the court. Such a judgment has no validity. (*Ventimiglia* v. *Eichner*, 213 N. Y. 147; *Langling Co.* v. *Elflein*, 230 App. Div. 731.) The present judgment should be vacated and proposed findings submitted and passed upon, as the court directed. The amount of damages allowed seems to be excessive, for the value of the lot upon which the encroachment was made, as testified to by plaintiff's expert, was only $800. Furthermore, as the defendants acted in good faith in pursuance of a survey they had made before erecting their garage, the judgment might well provide for permanent damages instead of an injunction. (*Crocker* v. *Manhattan Life Ins. Co.*, 61 App. Div. 226; *Amerman* v. *Deane*, 132 N. Y. 355; *Goldbacher* v. *Eggers*, 38 Misc. 36; affd., 82 App. Div. 637; 179 N. Y. 551.) Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.